# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| MICHAEL G. BRAUTIGAM,<br>    Plaintiff | Case No. 1:11-cv-551 |
| vs | Spiegel, J.<br>Litkovitz, M.J. |
| GEOFFREY P. DAMON, et al.,<br>    Defendants | **ORDER** |

This matter is before the Court on plaintiff's motion for case management conference and sanctions. (Doc. 22). In light of the District Judge's adoption of the undersigned's Report and Recommendation and stay of this matter pending the lift of the bankruptcy stay (Doc. 26), plaintiff's motion is **DENIED** as moot.

**IT IS SO ORDERED**.

Date: 4/2/12

Karen L. Litkovitz
United States Magistrate Judge