UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICHAEL G. BRAUTIGAM, | : Case No.: **1:11-cv-00551-SAS-KLL** |
| | : [Senior Judge S. Arthur Spiegel] |
| | : [Mag. Judge Karen L. Litkovitz] |
| Plaintiff, | : |
| vs. | : |
| GEOFFREY P. DAMON, ET.AL., | : |
| Defendants. | : |

## MOTION TO STAY DISCOVERY MOTIONS PENDING DISPOSITION OF JURISDICTIONAL AND DISPOSITIVE MOTIONS

**NOW COMES Defendant Geoffrey P. Damon** and hereby moves this Court for an Order which stays the discovery motions and hearings thereon pending the disposition of the dispositive motions which are pending. A Memorandum follows to which this Court's attention is respectfully drawn.

            Respectfully Submitted,

            */s/ Geoffrey P. Damon*
            Geoffrey P. Damon
            Defendant Pro se
            Law Offices of Blake R. Maislin, LLC
            2260 Francis Lane
            Cincinnati, Ohio 45206
            (513) 721-5555
            (513) 721-5557 (FAX)
            E-mail: gdamon@maislinlaw.com

## MEMORANDUM OF LAW

The undersigned counsel has filed objections to the Magistrate's Decision regarding the expiration of the statute of limitations; further, the undersigned defendant has filed a motion which clearly demonstrates that the amount in controversy in this action does not satisfy that $75, 000.00 requirement and finally, the undersigned defendant has submitted an affidavit regarding the services performed for Mr. Brautigam and that no breach of the standard of care occurred in the performance of those duties. The Plaintiff has not submitted any expert witness evidence and has not produced an expert report. Given these pending motions, the undersigned defendant moves this Court for an order which stays the discovery motions pending the disposition of these fully briefed motions.

The Plaintiff has not produced an expert report as of November 22, 2013. The Court imposed deadline was October 31, 2013. While the malicious personal attacks and venomous pleadings from Mr. Brautigam have been plentiful, he has failed to produce an expert report. The Plaintiff has not established and cannot establish a prima facie case against the undersigned defendant. There is no reason to engage in lengthy discovery disputes if the case is going to be dismissed pursuant to a pending dispostive motion.

For the foregoing reasons, the undersigned defendant moves this Court for an Order which stays discovery and  postpones the hearing set for December 5, 2013 pending the disposition of the pending dispositive motions.

Respectfully Submitted,
*/s/ Geoffrey P. Damon*
Geoffrey P. Damon
Defendant / Pro Se
Law Offices of Blake R. Maislin, LLC
Maislin Professional Center

                                                  2260 Francis Lane
                                                  Cincinnati, Ohio  45206
                                                  (513) 721-5555
                                                  (513) 721-5557 (FAX)
                                                  E-mail: gdamon@maislinlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing Motion to Stay Discovery through the Clerk of Courts electronic filing system. And that the following CM/ECF participants shall be immediately notified of its filing.  Further, I have served a true and accurate copy of the foregoing upon the following non-CM/ECF participants  this 22nd day of November, 2013 via  First Class U.S. Mail service, postage prepaid:

Michael G. Brautigam
798 Clinton Springs Avenue, No. 6
Cincinnati, Ohio  45229


Orville L. Reed, Esq.
Stark & Knoll Co. , LPA
3475 Ridgewood Road
Akron, Ohio  44333-3163


                                                  Geoffrey P. Damon
                                                  Defendant / Pro Se
                                                  Law Offices of Blake R. Maislin, LLC
                                                  Maislin Professional Center
                                                  2260 Francis Lane
                                                  Cincinnati, Ohio  45206
                                                  (513) 721-5555
                                                  (513) 721-5557 (FAX)
                                                  E-mail: gdamon@maislinlaw.com